**Stephen Charles ROMEY, Respondent,**

v.

**Pamela Jean JOHNSON (Romey), Appellant.**

**No. WD 48890.**

Missouri Court of Appeals, Western District.

Sept. 13, 1994.

Vincent F. Igoe, Allison K. Blessing, Withers, Brant, Igoe & Mullennix, P.C., Liberty, for respondent.

Deborah A. Tooley, Gleason & Tooley, Kansas City, for appellant.

Before ULRICH, P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM:

Appellant appeals from trial court's order of modification of child custody.

Judgment Affirmed. 84.16(b).